## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BERT GREEN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.:  21-cv-11810-VAR-CI |
| v. | |
| PGA MAGAZINE PUBLICATIONS & MARKETING CROUP, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bert Green hereby dismisses without prejudice all claims against Defendant PGA Magazine Publications & Marketing Group.

Dated:  September 14, 2021          _____ */s/  Philip L. Fraietta* _____
                                    Philip L. Fraietta

**BURSOR & FISHER, P.A.**

Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  pfraietta@bursor.com

*Counsel for Plaintiff*