UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bert Green,

    Plaintiff,

v.                                                         Case No. 21-11810
                                                           Honorable Victoria A. Roberts

PGA Magazine Publications & Marketing Group,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. #3)

**IT IS ORDERED** that this matter is dismissed without prejudice.

                                                   s/ Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United State District Judge

Dated: 9/24/2021